UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:12-MJ-1067

FILED
FEB 7 2012
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)
V. )
) CRIMINAL INFORMATION
HERNANDEZ, EVELYN )
)

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about December 03, 2011, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, HERNANDEZ, EVELYN, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: /s/ Stacey A. Guthartz Cohen
STACEY A. GUTHARTZ COHEN
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft
Fort Bragg, NC 28307-5000
(910) 396-1221/1222